UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
MAY 13, 2025 SESSION



FILED
MAY 13 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-00090
8 U.S.C. § 1326(a)
18 U.S.C. § 922(g)(5)(A)
18 U.S.C. § 924(a)(8)

EDWIN ALEXANDER CANALES-GOMEZ

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

1. On or about December 4, 2005, defendant EDWIN ALEXANDER CANALES-GOMEZ, an alien, was found at or near Laredo, Texas, and was subsequently removed from the United States to Honduras on or about December 19, 2005.

2. On or about March 29, 2008, defendant EDWIN ALEXANDER CANALES-GOMEZ, an alien, was found at or near Eagle Pass, Texas, and was subsequently removed from the United States to Honduras on or about October 10, 2008.

3. On or about October 15, 2019, defendant EDWIN ALEXANDER CANALES-GOMEZ, an alien, was found at or near Calexico, California,

and was subsequently removed from the United States to Honduras on or about February 5, 2020.

4. On or about August 17, 2021, defendant EDWIN ALEXANDER CANALES-GOMEZ, an alien, was found at or near Eagle Pass, Texas, and was subsequently removed from the United States to Honduras on or about December 3, 2021.

5. On or about April 28, 2025, at or near Williamson, Mingo County, West Virginia, within the Southern District of West Virginia, defendant EDWIN ALEXANDER CANALES-GOMEZ, an alien, was found in the United States and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

## COUNT TWO

On or about April 28, 2025, at or near Williamson, Mingo County, West Virginia, within the Southern District of West Virginia, defendant EDWIN ALEXANDER CANALES-GOMEZ, knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, that is, a Taurus G3X 9mm pistol, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(5)(A) and 924(a)(8).

## NOTICE OF FORFEITURE

The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461.

Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon conviction of defendant EDWIN ALEXANDER CANALES-GOMEZ of the offense in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8) as charged in Count Two of the Indictment, defendant EDWIN ALEXANDER CANALES-GOMEZ shall forfeit to the United States of America any property, real or personal, constituting, or derived from, any proceeds traceable to the violation charged herein, and any property involved in or used in the offense, including but not limited to a Taurus G3X 9mm pistol, bearing serial number: ADJ674403 and all associated ammunition, seized on or about April 28, 2025.

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney